1  **COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP**
2  Richard Wootton (SBN 082302)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Plaintiff
6  CURTIN MARITIME CORP.

7  **BRODSKY MICKLOW BULL & WEISS LLP**
   Philip E. Weiss (SBN 152523)
8  2608 Shelter Island Drive
   San Diego, CA 92106
9  Telephone: (619) 225-8884
   Facsimile: (619) 225- 8801
10
   Attorneys for Owner
11 MILTON BLANKENSHIP

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15                 **SAN FRANCISCO DIVISION**

16 CURTIN MARITIME CORP.            )  Case No.:  CV-11-4773 EMC
                                    )
17            Plaintiff,            )  **IN ADMIRALTY**
                                    )
18       v.                         )  **STIPULATION FOR
                                    )  SUBSTITUTE SECURITY
19 BARGE ORG, Official No. 1125140, its  )  PURSUANT TO SUPP. FED. R.
   Rigging, Tackle, Machinery, Equipment,  )  CIV. PROC. FOR ADMIRALTY
20 Apparel, Appurtenances, etc., *In Rem*, BARGE )  AND MARITIME CLAIMS, RULE
   BAY, Official No. 1125142, its Rigging,  )  **E(5)(a)**       ORDER
21 Tackle, Machinery, Equipment, Apparel,  )
   Appurtenances, etc., *In Rem*, and DOES 1-10.  )
22                                  )
             Defendants.            )
23 _____ )

24        WHEREAS, in the above entitled cause a Verified Complaint *in rem* was filed on

25 September 26, 2011 by plaintiff CURTIN MARITIME CORP. ("Curtin") against the

26 defendant barges ORG, Official No. 1125140, its Rigging, Tackle, Machinery, Equipment,

27 Apparel, Appurtenances, etc. and BAY, Official No. 1125142, its Rigging, Tackle,

28 Machinery, Equipment, Apparel, Appurtenances, etc.,  (collectively "Barges") for the

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CURTIN.Brittan

-1-                                          Case No.  CV-11-4773 EMC
STIPULATION FOR SECURITY

1  reasons and causes set forth in the Verified Complaint; and

2        WHEREAS, it has been agreed between Curtin and the owner of the Barges, Milton

3  Blankenship ("Owner"), by and through their undersigned attorneys of record, that the

4  execution of process against and the arrest of the defendant Barges shall be waived in

5  consideration of the filing of this stipulation and the acceptance by the Court of the

6  substitute security as described below.

7        NOW, THEREFORE, the Undersigned stipulate and agree that:

8        1.      This Court has *in rem* jurisdiction over the defendant Barges, and over the

9  substitute *res* (cash deposit), as provided for below in the next paragraph.

10       2.      By operation of maritime law, the filing of this Stipulation and the deposit of

11 the cash amount as described below in the next paragraph, as substitute security for the

12 Barges pursuant to Rule E5(a) of the Supplemental Rules for Admiralty or Maritime Claims

13 of the Federal Rules of Civil Procedure ("Supplemental Rules"), shall extinguish the

14 Plaintiff's maritime liens against the Barges and transfer this Court's *in rem* jurisdiction to

15 the substitute security.

16       3.      In consideration for Plaintiff waiving the arrest of the Barges, the Owner

17 agrees to abide by all orders and judgments, interlocutory or final, of the Court or of any

18 appellate court if an appeal shall intervene or be taken, and shall satisfy any final judgment

19 rendered in favor of the Plaintiff and against the defendant Barges in this action together

20 with prejudgment interest at 6% per annum and costs not to exceed the sum of Two

21 Hundred and Ten Thousand U.S. dollars ($210,000.00).  Owner shall deposit said amount

22 in cash or bank check into the Registry of this Court, which shall serve as substitute security

23 for the Barges ("Substitute Security").

24       4.      This Stipulation is binding on the Owner whether the Barges be lost or not

25 lost, and is given without prejudice to all rights or defenses which the Barges may have,

26 none of which are to be regarded as waived.

27       5.      This Stipulation shall not affect the rights of the Owner which shall be

28 precisely the same as they would have been had the Barges, in fact, been taken into custody

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CURTIN.Brittan

1   by the U.S. Marshal under this Court's duly issued *in rem* process, and released by the

2   filing of a claim and a release bond pursuant to Supplemental Rule E5(a).

3        6.    The Substitute Security shall remain in the custody of the Court until an

4   appropriate order from this Court directs the Clerk to disburse the funds.

5        7.    Upon a final judgment being issued in this matter, or in the event this action

6   is consolidated with another civil action asserting related claims, in that consolidated action,

7   including any and all appeals, the Undersigned, or either of them, may move the Court for

8   an order disbursing the Substitute Security to the prevailing party in the amount of said

9   judgment.  Any amount remaining after such disbursement shall be returned to the Owner.

10       8.    If this case is resolved by settlement, the parties to the settlement shall

11  jointly move this Court for an order disbursing the Substitute Security according to the

12  terms of the Settlement Agreement.

13

14  DATED: October **26**, 2011.

15                              Max L. Kelley

16                         Attorney-in-Fact for Plaintiff
                       CURTIN MARITIME CORP.

17

18

19  DATED: October **25**, 2011

20                             Philip E. Weiss

21                         Attorney-in-Fact for the Owner of the
                       Defendant Barges ORG and BAY

22

23

24  IT IS SO ORDERED that the status conference set for 10/28/11 at 3:00 p.m. is

25  vacated.  The CMC set for 1/6/12 remains on calendar,

26

27  _____

28  Edward M. Chen
   U.S. District Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CURTIN.Brittan

STIPULATION FOR S...

Case No.  CV-11-4773 EMC



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA